**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

AMELIA FAYE MOORE                                                                                   PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:14-CV-00087-SA-DAS

CAROLYN W. COLVIN,
Acting Commissioner of SSA                                                                       DEFENDANT

**ORDER**

On the same day that she instituted this action, Plaintiff Amelia Faye Moore filed a Motion to Proceed *in forma pauperis* [2], seeking leave to proceed in this Court without prepaying fees or costs. Thereafter, the United States Magistrate Judge issued his Report and Recommendations [3], recommending that Plaintiff's motion be denied. Plaintiff did not file any written objections to the magistrate judge's Report and Recommendations during the time allowed and has now paid the appropriate filing fees. Accordingly, the Court finds both the motion and the Report and Recommendations to be MOOT.

SO ORDERED AND ADJUDGED, this the 2nd day of July, 2014.

                                                      _/s/ Sharion Aycock_
                                                      UNITED STATES DISTRICT JUDGE